**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC., an Illinois corporation, | ) ) ) |
| Defendant. | ) ) |

No. 1:20-cv-1682-SEB-TAB

## CLERK'S ENTRY OF DEFAULT

Pursuant to the application for entry of default, default is hereby entered, on this 5th day of January, 2021 against Defendant for failure to plead or otherwise defend this action.

Roger A.G. Sharpe, Clerk

BY: _____Lana Harves_____

Deputy Clerk, U.S. District Court

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
312-236-0415

DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC.
C/O ITS REGISTERED AGENT, LEANTWONE DAVIS
4001 HIGHLAND PLACE
CHAMPAIGN, IL 61822