**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS PENSION FUND, | ) ) ) No. 1:20-cv-1682-SEB-TAB |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC., an Illinois corporation, | ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendants, DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC. without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

                           Respectfully submitted,

                           MARK MCCLESKEY, et. al.

                           /s/ Donald D. Schwartz
                           Donald D. Schwartz
                           Attorney for Plaintiffs

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438
dds@andklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 22nd day of March 2021, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

       DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC.
       C/O ITS REGISTERED AGENT, LEANTWONE DAVIS
       4001 HIGHLAND PLACE
       CHAMPAIGN, IL 61822

                                            /s/ Donald D. Schwartz
                                            Donald D. Schwartz

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438
dds@aandklaw.com