IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC., an Illinois corporation, <br><br> Defendant. | No. 1:20-cv-1682-SEB-TAB |

Acknowledged.

**This action is hereby dismissed without prejudice.**

Date: 3/29/2021

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendants, DAVIS & DAVIS GENERAL CONSTRUCTION AND CONCRETE, INC. without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

MARK MCCLESKEY, et. al.

/s/ Donald D. Schwartz
Donald D. Schwartz
Attorney for Plaintiffs

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438
dds@andklaw.com